IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants / | No. C-04-5196 MMC<br><br>**ORDER RE: PLAINTIFF'S LETTER FILED APRIL 4, 2012; DENYING RECONSIDERATION OF ORDER DENYING RECONSIDERATION OF ORDER DISMISSING ACTION** |

     By order filed February 23, 2005, the Court dismissed the above-titled action, without prejudice to plaintiff's refiling his claims in a new complaint, in the event plaintiff's 1993 conviction eventually were overturned or otherwise invalidated; that same date, the Clerk of the Court entered judgment on the Court's order of dismissal. By order filed March 29, 2012, the Court denied plaintiff's motion for reconsideration of the Court's February 23, 2005 order and the judgment entered thereon.

     The Court is now in receipt of a letter from plaintiff, filed April 4, 2012, which letter includes the title "Judgment or Order issued on March 29, 2012 is Void Ab initio." The Court construes the letter as a motion for reconsideration of the Court's March 29, 2012 order. So construed, the motion is hereby DENIED, as plaintiff has failed to show any cognizable basis for reconsideration exists. See Fed. R. Civ. P. 60(b).

     **IT IS SO ORDERED.**

Dated: April 19, 2012

                                              MAXINE M. CHESNEY
                                              United States District Judge